AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Northern District of Florida

United States of America
v.

YASHDEEP SINGH

*Defendant(s)*

Case No. 1:26mj62-ML

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of May 26, 2026 -- June 5, 2026 in the county of Alachua in the Northern District of Florida, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1349 | Conspiracy to Commit Wire Fraud |
| 18 U.S.C. § 1343 | Wire Fraud |

This criminal complaint is based on these facts:

See attached Affidavit, which is incorporated by reference.

☑ Continued on the attached sheet.

Brett Heil
*Complainant's signature*

FBI Special Agent Brett Heil
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: July 16, 2026

Midori A. Lowry
*Judge's signature*

City and state: Gainesville, Florida

U.S. Magistrate Judge Midori Lowry
*Printed name and title*

FILED USDC FLND GV JUL 16 '26 AM11:42